UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**<u>Valley Container Company, Inc.</u>**

**V.**                                                                 **CIVIL ACTION NO. <u>19-12133-DJC</u>**

**<u>Liberty Mutual Group, Inc. et al</u>**

**<u>ORDER OF DISMISSAL</u>**

CASPER, D.J.

In accordance with the ECF Order dated June 17, 2020, the Court Orders that Defendants' Motion to Dismiss is Allowed and the above-entitled action be and hereby is DISMISSED.

June 17, 2020                                                                 /s/ Haley Currie
                                                                                     Deputy Clerk